JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ANDERSON,<br><br>                Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA, N.A.; DARLENE MARTIN DEL CAMPO, an individual; and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No. **CV 15-8468-JFW (AGRx)**<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT** |

1  Based on the parties' stipulation to remand action to state court, the Court
2  orders as follows:

3  - The Court hereby remands this action to the Los Angeles Superior
4    Court, Case No. BC595152.
5  - Plaintiff's pending motion to remand is off calendar as moot.
6  - Each party to bear her/its own attorneys' fees and costs related to
7    removal, the meet and confer process, and the motion to remand.

10  IT IS SO ORDERED.

12  DATE:   November 12   , 2015

          Hon. John F. Walter

# CERTIFICATE OF SERVICE

I certify that on November 12, 2015, the foregoing document, **[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT,** was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the CM/ECF participant(s) noted below:

Alex Hartounian`
**HARTOUNIAN LAW FIRM**
2626 Foothill Blvd. Suite 250
La Crescenta, CA 91214
Telephone: 818-794-9675
Facsimile: 818-459-699

*Attorneys for Plaintiff, NICOLE ANDERSON*

certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*By: /s/ Camilo Echavarria*
Camilo Echavarria